*Attachment A - <u>Bivens</u> Complaint form*



**FILED**

**JUN 2 2 2023**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA

Ray Ramirez-Bueno

Reg. No. 55932-066

_____

_____

_____

*(Enter above the full name of the plaintiff
or plaintiffs in this action)*

*(Inmate Reg. # of each Plaintiff)*

v.

CIVIL ACTION NO. ___1:23-cv-00445___
*(Number to be assigned by Court)*

Lt. C. Looney, Lt. Johnson,
Case Mgr. Dinger, C/O J. Rotenberry
C/O J. Shrader, C/O C. Connelly,
C/O D. Muncy, C/O Cody McCann, C/O B. Wimmer.

*(Enter above the full name of the defendant
or defendants in this action)*

Defendant(s).

## COMPLAINT

**I.    Parties**

    A.    Name of Plaintiff:   Ray Ramirez-Bueno

              Inmate No.:   55932-066

              Address:   FCI Gilmer; P.O. Box 6000
                                Glenville, WV 26351

B.  Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

C.  Name of Defendant: C. Looney

Position: Lieutenant

Place of Employment: F.C.I. McDowell

_____

D.  Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: (F.N.U.) Johnson

Position: Lieutenant

Place of Employment: F.C.I. McDowell

_____

Name of Defendant: (F.N.U.) Dinger

Position: B Unit Case Manager

Place of Employment: FCI McDowell

_____

2

Defendants continued on separate page

Name of Defendant  J. Rotenberry
Position      Correctional Officer
Place of Employment   FCI McDowell

Name of Defendant  J. Shrader
Position      Correctional Officer
Place of Employment   FCI McDowell

Name of Defendant   C. Connelly
Position        Correctional Officer
Place of Employment   FCI McDowell

Name of Defendant   D. Muncy
Position        Correctional Officer
Place of Employment   FCI McDowell

Name of Defendant   Cody McCann
Position        Correctional Officer
Place of Employment   FCI McDowell

Name of Defendant   B. Wimmer
Position        Correctional Officer
Place of Employment   FCI McDowell

Name of Defendant
Position
Place of Employment

**II.   Place of Present Confinement**

Name of Prison/Institution: _F.C.I. Gilmer_

A.   Is this where the events concerning your complaint took place?

Yes _____          No ___✓___

If you answered "no," where did the events occur? _F.C.I. McDowell,_ _100 Federal Way, Welch, WV 24801_

B.   Is there a prisoner grievance procedure in this institution?

Yes ___✓___          No _____

C.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   Yes ___✓___          No _____

If you answered "no," explain why not: _____

_____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): _I was denied at levels 1 and 2 and have not received a response from level 3. I cannot attach responses, they were thrown out by BoP staff._

**III.   Previous Lawsuits**

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____          No ___✓___

B.   If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.   Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

3

2. Court (if federal court, name the district; if state court, name the county);

_____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

## IV. Statement of Claim

State here, as briefly as possible, the <u>facts</u> of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

On June 10, 2021 I was beaten in the Lt.'s office of FCI McDowell after Lt. Johnson planted a knife on me. I was battered by Lt. Johnson, Case Mgr. Dinger, and 2 other officers. After this I was taken to solitary confinement where Lt. C. Looney, C/O J. Rotenberry, C/O J. Shrader, C/O C. Connelly, C/O D. Muncy, C/O Cody McCann, and C/O B. Wimmer beat and tortured me over a 2 day period. Several of them falsified reports to justifty the batteries from which I sustained my injuries.

4

## V.    Relief

<u>State briefly and exactly what you want the Court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I want $ 5,000,000.⁰⁰ in compensatory damages and $5,000,000.⁰⁰ in punative damages awarded to me from the named defendants by this court.

Signed this 25ᵗʰ day of ___May___, 20_23_.

X by: Ray Ramirez-Bueno

_____
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___May 25, 2023___.
                         (Date)

X by: Ray Ramirez-Bueno
Signature of Plaintiff

5