UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| REY RAMIREZ-BUENO, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| LT. C. LOONEY; LT. JOHNSON; | § | |
| C. DINGER; K. PAYNTER; | § | |
| C. COBURN; J. HESS; | § | CIVIL ACTION NUMBER |
| M. SLAUGHTER; J. SHRADER; | § | 1:23-cv-00445 |
| J. ROTENBERRY; A. McCORMIC; | § | |
| C. CONNELLY; CODY McCANN; | § | |
| D. MUNEY; B. WIMMER; | § | |
| Defendants. | | |

FILED

JUL - 3 2024

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

---

CIVIL LAW SUIT AGAINST FEDERAL BUREAU OF PRISONS' STAFF

IN THEIR INDIVIDUAL CAPACITY FOR VIOLATING THE INMATE'S

CONSTITUTIONAL RIGHTS AS A PRISONER, PURSUANT TO <u>BIVENS v. SIX</u>

<u>UNKNOWN FEDERAL NARCOTICS AGENTS</u>, 403 U.S. 388 (U.S. 1971)

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Ray-Ramirez-Bueno (hereinafter "Plaintiff"), and hereby through PRO SE files this Civil Law Suit against the above named Defendants, and in support thereof, would respectfully show this Honorable Court as follows:

## I.   INTRODUCTION

In support of the foregoing Civil Law Suit, Plaintiff will first of all inform this Honorable Court that he is unskilled

and is being assisted by a Bilingual Inmate in preparing this Civil Law Suit. Plaintiff and the Bilingual Inmate are both layman at the Profession of Law, and would therefore ask that this Honorable Court recognize the standards set forth by the United States Supreme Court in **HAINES v. KERNER**, 404 U.S. 519, 92 S.Ct. 594, 30 L.Ed.2d 652 (1971), and in doing so, NOT hold Plaintiff herein, to the rigid standards of a Professional Legal Litigator.

## II.    BIVENS CIVIL COMPLAINT

PARTIES:

A.    Name of Plaintiff:  **Rey Ramirez-Bueno**

Inmate No. **55932-066**

Federal Correctional Institution
PMB 1000
Talladega, AL   35160

B.    Name of Defendants; Positions; and place of Employments:

**Lt. C. Looney - FCI McDowell;**
**Lt. Johnson - FCI McDowell;**
**Unit Manger C. Dinger - FCI McDowell;**
**Senior Officer K. Paynter - FCI McDowell;**
**Senior Officer C. Coburn - FCI McDowell;**
**Senior Officer J. Hess - FCI McDowell;**
**Senior Officer M. Slaughter - FCI McDowell;**
**Senior Officer A. McCormick - FCI McDowell;**
**Correctional Officer J. Rotenberry - FCI McDowell;**
**Correctional Officer J. Shrader - FCI McDowell;**
**Correctional Officer C. Connelly - FCI McDowell;**
**Correctional Officer D. Muncy - FCI McDowell;**
**Correctional Officer Cody McCann - FCI McDowell;**
**Correctional Officer B. Wimmer - FCI McDowell.**

### III.    PLACE OF PRESENT CONFINEMENT

Plaintiff is currently housed at the Federal Correctional Institution of Talladega, Alabama 35160, after having been currently transferred to this new place from his previous institution. This institution is NOT the institution where the constitutional violations occurred. The events concerning his complaint occurred at the Federal Correctional Institution of McDowell, in West Virginia.

Plaintiff did start his Grievance Complain procedures and has completed the same. Please see attached Administrative Proceeding Copies.

### IV.    NO PREVIOUS LAW SUITS

There are NO previous Law Suits pending and/or have ever been filed under this jurisdictions and/or persons.

### V.    STATEMENT OF THE BIVENS CLAIM

On or around June 10, 2021, at around approximately 3:15 p.m., the Unknown Officer who was working in Plaintiff's Unit (B-2), at the FCI McDowell, conducted a search of Plaintiff's cell. Once the Officer completed searching inmates    cells, he called Plaintiff to his office and asked Plaintiff what bed was his. Plaintiff responded by telling him that he slept in the lower bunk and the Officer told Plaintiff that he had found something in the lower bunk, under the mattress and showed Plaintiff a broken plastic piece of eye prescription glasses. Plaintiff told the officer that they had been given to him broken in his personal property after having arrived at that location. The Officer told Plaintiff that he would contact his superior

to see what he had to say about the broken prescription eye glasses. Plaintiff's English is not good at all and was honestly unsure of what was the problem with those broken glasses.

At approximately 3:30 p.m., on the same day the B-2 Unit Manager, Mr. C. Dinger, came to Plaintiff's door and opened it aggressively and asked what or why, he was holding the arms of his prescription glasses under his bunk bed. Plaintiff informed the Unit Manager that they were his prescription broken glasses and immediately the Unit Manager began **berating** him by shouting **mother fucker, you bitch, I know that you speak English mother fucker and your fucking sovereign shit, I am tired of everytime that you don't want to sign your paper work;** referring to the documents that Plaintiff would refuse to sign at his previous Unit team reviews. **Pack your shit up bitch, you're going to the SHU for having this broken arms of the prescription eye glasses under your bed, you'll see what happens to fucking people like you.** The Unit Manager C. Dinger stormed out of Plaintiff's cell and went out the Unit.

About three minutes later, the Unit Officer opened Plaintiff's cell door and told him to go to the Lieutenant's Office. As Plaintiff arrived at the Lt's Office, Unit Manager C. Dinger approached Plaintiff and told him to sit on the bench located outside the Lt's Office. Plaintiff complied without incident. However, after about five minutes, Unit Manager C. Dinger came outside of the Lt's Office and beckoned Plaintiff inside the Lt's Office. Once inside, Plaintiff notice four people inside, this included Unit Manager C. Dinger, Lt. W.

Johnson and two officers that Plaintiff could not name. Lt. Johnson told Plaintiff to open the door of the restroom and to go inside. All four Staff members followed Plaintiff. Inside the restroom and being surrounded by all four, Lt. Johnson asked Plaintiff what was going on. However, once again, Plaintiff reintegrates that his understanding of English is limited, therefore responding to Lt. Johnson's question, Plaintiff calmly asked Lt. Johnson if he could please get someone to interpret for him so that they could understand him well, since he is a Black Cuban who speaks Spanish and not much of the English language. At that point, Unit Manager C. Dinger spoke to Lt. W. Johnson and stated: **This mother fucker speaks English fine!**

However, that is not true. Plaintiff does not speak English well, he does understand it better than what he speaks it. Plaintiff does not know why Unit Manager C. Dinger insisted on implying that Plaintiff was lying. At that point, Lt. W. Johnson told Plaintiff to turn around and open his legs that he was going to pat him down and search him. He gestured with his hand in a circular motion and Plaintiff again complied without incident. Nevertheless, Plaintiff does not know what possessed him to do the following, but, something told him to look down, right as Lt. W. Johnson began to pad him down, he noticed that the Lt. had an object in his left hand that was wrapped in white tape. And as the Lt. touched his waistband, he immediately exclaimed **oh shit, a knife, and proceeded to punch Plaintiff on the left side of his face.** Plaintiff lost his balance and leaned to the right and Lt. Johnson took that moment to body slam him, hitting the ground head first. As he dropped, all four BOP Staff members

began kicking and attacking Plaintiff, over and over again. Plaintiff was being punched and kicked all over his body. One Officer twisted his arms so far behind his back at that moment, that he thought that he was going to break his arms; all while another officer started choking him. Plaintiff kept telling them in his short English, "I can't breathe... I can't breathe." Which Lt. Johnson yelled out, after they aggresively picked me up and told me, **shut the fuck up mother fucker, you can breathe fine.**

At some point during this egreious and malice abuse of force by the operandi of these Unprofessional Federal Bureau of Prisons' Staff, Lt. Johnson told one of the Officers to open the door of the restroom and push the emergency button, so that all Prison Staff could respond to the scene, where Lt. Johnson could lie and tell them that Plaintiff tried to attack him with a knife. And as Lt. Johnson told them that, other Prison Staff came in there and started kicking me and punching me also. I again fell to the ground, where Lt. Johnson and Unit Manager helped the other officers to attack me maliciously. Plaintiff heard them say that BOP Staff hated fucking Cubans. Plaintiff didn't understand why they would make those remarks, but later learned that Cuban inmates had burned down USP Atlanta and had raped Male/Female Officers while rioting in that prison.

After several minutes of being attacked, Plaintiff was placed in ankle restraints and hand cuffed behind his back. The hand cuffs and leg restraints were so tight, that instantly, his

blood circulation began to fail. Plaintiff shoes had been ripped off his feet.

When they entered the SHU, Plaintiff was pushed into a very small cell. An Officer that was assigned to the SHU came and open the tray slot in the cell door and told Plaintiff that he was going to take off the handcuffs and put them in the front. As Plaintiff put his hands on the tray slot and once the handcuffs where removed, Plaintiff was given a long chain to put around his waist, where he again was placed with the handcuffs and a blackbox. And once again, the handcuffs where so tight, that the blood circulation was lacking. Plaintiff's wrist/hands and ankles/legs began getting numb. Plaintiff complained to the SHU Officer that his hands and legs were getting numb because of the lack of blood circulation, and the officer replied by saying, **shot the fuck up mother fucker, you should have dropped that complaint when you had a chance.** Plaintiff wasn't sure what the officer was talking about, but assumed that it was the unprofessional misconduct complaint that he had filed against Officer J. Rotenberry.

After this conversation, Plaintiff observed Unit Manager C. Dinger talking to the SHU Staff and overheard him say: **this mother fucker attacked the Lt with a knife and claims that he can't speak English; he is a fucking Cuban and claims to be a Sovereign Citizen, and is nothing but a son of a bitch.** All this happen around 4:00 p.m., close to count time. Around 30 minutes thereafter, a male nurse arrived and did a cursory examination.

He took Plaintiff's blood pressure and stated that it was normal. Plaintiff expressed concern about the nurses evaluation and told him that he was in serious physical pain and the nurse simply replied that he felt the circulation in his arms and legs and that Plaintiff was fine, although Plaintiff could not feel his arms and/or hands, as they were super numb. Once the nurse was done and left, Officers A. McCormick and M. Slaughter came to my cell and told Plaintiff that they were going to take the restraints off. Officer A. McCormick grabbed Plaintiff's right arm and roughly spun him around and pressed his head against the wall. As they unshackled Plaintiff, one Officer held him against the wall, while the other one aggressively raised his legs to the point that Plaintiff lost his balance because of the force, and once again hit the floor head first. Once Plaintiff hit the floor, both officers began to aggressively assault Plaintiff with kicks and punches. As they were assaulting him, one of the Officers told Plaintiff that he (Plaintiff) would no longer be filing Grievance complaints against any officers at FCI McDowell and/or any where else, and further told him that if he would file against them for maliciously using excessive aggressive force and/or for Unprofessional Misconduct by BOP Staff, that no one would believe him, because he was a piece of shit Cuban and Cubans were known by the Court and the BOP staff to be problematic as they had been at Atlanta and at Okdale, Louisiana. And wish him luck if he did, while laughing together.

As they were laughing, Plaintiff felt a sweeping motion with force, as the hand of one of the officer's hit his left butt

cheek. Plaintiff felt a searing pain and noticed that Officer A. McCormick had cut him with some sharp object. And as Plaintiff complained, both officers started kicking him again. And as they finally removed the shackles, one of the officers lifted up Plaintiff's leg as they had stood him up, and once again made him lose his balance to the point of hitting the ground with his forehead first, to the point of loosing consciousness.

As Plaintiff woke up, he noticed that he was no longer in the cell where he had been getting assaulted by the Officers, but in the hallway adjacent to it. As he woke up making loud gasp sounds, the officers walked towards him and started assaulting him again, where Plaintiff went in and out of consciousness. He later heard Unit Manager C. Dinger order that I be put in the restrictive chair, where once again, I was forcefuly picked up and slammed into the chair, where I was strapped fully and could not move and/or make no sounds. It was until the Officers and Unit Manager C. Dinger felt satisfied, that I was unrestrained and thrown into a cell, where the last blows, kicks and some cutts were made on my body by the egregious and malicious unprofessional misconduct of these Prison Staff. Up to date, Plaintiff has many scars around his legs and body.

A short time later, Officer J. Rottenberry came by my cell door and laughing out loud told Plaintiff, **remember me... do you remember me? Do you remember filing a Grievance Complaint against me? Well, maybe next time it will be a lot worse!** He

walked away laughing.

Plaintiff had been left in that room for only about ten minutes after Officer J. Rottenberry had left, when Officers came and got Plaintiff and wheeled him to a cell they referred to as the **Freezer or Tomb.** Plaintiff was unrestrained from the chair, but the handcuffs and shackles remained, to the point that his wrists/hands and ankles/legs were extremely swollen. Plaintiff suffered extreme pain and was having problems breathing while inside that hard cell. No mattress was provided, nor any food/water for Plaintiff to have. Plaintiff didn't even have access to a restroom. Plaintiff was extremely abused and assaulted by these Prison Staff, to a point that Plaintiff's mental anguished and distressed made him want to wish that he was dead.

Plaintiff noticed that they would come and check on him at least every 30 minutes, and everytime that Lt. C. Looney would come check, he would punch Plaintiff and/or slap him around. And would further yell at Plaintiff and request that Plaintiff speak English. Lt. C. Looney and another 7 more correctional Officers continued their malicious and egregious misconduct on Plaintiff to the point that everytime that they would come in, they would yank on the shackles causing Plaintiff therefore abrasions and damage on his ankles, which scars are still visible till this day.

Lt. C. Looney and the other named Defendants continued for a long period of time to humiliate Plaintiff and to cause him severe pain and suffering. The egregious behavior of these Prison Staff against Plaintiff, was racial and discriminatory for the Simple fact that plaintiff was a Black Citizen of Cuba and a sovereign Citizen in this Nation.

The Modus Operandi of this Group of Unprofessional Prison Staff, violated Plaintiff's right to be save from Cruel and Unusual Punishment. No Staff would assist Plaintiff and they would all simply role with whatever the Lts and/or Unit Manager C. Dinger would say. And the only times that Psychologist would go to see Plaintiff, was to ask him if he was Suicidal at the moment. It was then that Plaintiff begged the Psychologist to please help him as he was being beaten up and tortured by the Prison Staff. And it was after then, that Plaintiff was escorted to the R&D Building and then transferred to FCI Gilmer.

Plaintiff was taken to a van with Officer's A. McCormick and M. Slaughter. They left FCI McDowell with a Camera placed on the dash board, facing Plaintiff. Plaintiff believes that the Camera never video taped anything, but his face. If it would have video taped his body it would have shown the severe swelling of his hands and feet, and within an hour of their trip, Plaintiff's feet had swollen so much that they could no longer fit his shoes on, that were provided for him.

Plaintiff believes this happened because a sympathetic Officer in R&D had loosened his ankle restraints and the increased blood flow began to allevaiate or repair damage done when it had been restricted and abused. It was also painful to sit due to the laceration to my left butt cheek. No further incident occured on the Trip to FCI Gilmer. We arrived at around 7:30 p.m. that same day and Plaintiff had to be assisted by two officer's into R&D, because he could not walk on his own.

For the record, on their way to the R&D, Officer A. McCormick who transported Plaintiff, told Officer A. Tucker who was helping me walk, that I was a mother fucking piece of shit that attacked a Lt with a knife. He told them that Plaintiff was pretending to not be able to speak English and that He was furthermore a fucking sovereign citizen. The Officer A. Tucker From FCI Gilmer, took me to a cell in R&D and pushed Plaintiff's head against the bars calling him a bitch. They asked him which foot hurt and proceeded to punch them, and repeatedly continued to ask him, does it hurt here, after they still had his head against the bars.

Thereafter, Staff removed his leg cuffs and the clothing. He was in and was dressed with new attire and was once again chained up. After a few minutes, he was taken to SHU and placed on a range with no one else. Plaintiff asked to be seen by Medical Staff several times since arriving at FCI Gilmer, but was always ignored. Plaintiff only saw a nurse briefly to be tested for COVID-19. This Nurse J. Lunceford also ignored my compliants. The only interaction Plaintiff had with any human being for the next four days was when food was being served on

the range.

On June 15th, 2021, four days after he left FCI McDowell SHU's Lt: R. Adkins came to my cell and delivered Plaintiff some incident reports around 1:30 p.m. Plaintiff did not get a chance to talk to anyone else, until two days later, on June 17th, 2021, when Counselor M. Ware came to his cell door to deliver four more incident reports, all occurring the same time as the first five. Plaintiff had received except the latest one that had supposedly occurred at 12:15 p.m. on June 11th, 2021. Again all these were/are lies and fabrications that were delivered by F. Ware at around 2:45 p.m.

By that time, Plaintiff had been moved to a hand cell were he stayed for the week. It would be nearly three months before any medical attention would be given to him where every day he was Dizzy and his vision had become so bad. Plaintiff could not see. He was taken to an outside hospital for examination.

On or about July 9th, 2021, DHO J. Jimenez found Plaintiff guilty of the 9 **fabricated** false incident reports. Plaintiff was obligated to sign a contract of payments without being provided a chance to have someone translate what he was signing. He was told by DHO J. Jimenez that it was the BOP Law to sign without looking; please review the video conference area of the DHO, of July 9th, 2021 at approximately 12:00 p.m.

On or about July 15th, 2023, at 14:34 hours, Lt Ayers gave Plaintiff 3 more fabricated false incident reports from FCI

McDowell, with incident report numbers: 3513282, 3513256, 3513272.

On July 12th, 2023, at 14:39, DHO C. Taylor told Plaintiff that he had four incident reports, but was only guilty of 3. Plaintiff had been kidnapped and left uncommunicative from his family since June 10th, 2021, until December 2023.

On August 16, 2023, at approximately 12:00 p.m., Mrs. C. Rogers, the DHO Secretary gave me 3 DHO reports out of the 4 fabricated incident reports that they had given Plaintiff. Moreover, Plaintiff never saw the UDC as supposedly signed by J. Montgomery as having participated in the UDC hearing. Please look at the Video conference of the DHO of July 12, 2023.

On August 10th, 2023, at approximately 9:20 a.m., Plaintiff saw and spoke with Mark Bramblett FNP and requested him to check the injuries that he had suffered from Officer A. McCormick and M. Slaughter at FCI McDowell, and further requested to put the injuries and complaint on file. Mr. Bramblett told Plaintiff, that between them both, Mr. Bramblett could not report or put that in his medical file. He only could check his blook pressure and any other health problems, but not what Plaintiff was asking him to do.

This was done to justified both Officers Racial Motivation and Unprofessional Misconduct toward Plaintiff. Pursuant to Program Statement 3420.11: STANDARDS OF EMPLOYEE CONDUCT, an employee of the BOP may not use brutality, physical violence or

intimidation towards an inmate, or use any force beyond what is reasonably necessary to subdue an inmate. Much less, to use threats, or intimidation or use of profane or abusive language when communicating with inmates. The Defendants in this case, Lt. C. Looney; Lt. W. Johnson, Unit Manager C. Dinger, C.O. J. Sharader; C.O. J. Rotenberry; C.O. C. Connelly; C.O. D. Muncy; C/O Cody McCann, C.O. B. Wimmer, C.O. A. Tucker, Lt. R. Adkins; Lt. A. Ayers; Counselor M. Ware, Nurse J. Lunceford; Nurse M. Bramblett; DHO C. Taylor, DHO J. Jimenez, DHO Secretary C. Rogers, DHO J. Mongomery and Psychologist Dr. Virnia Arguelles, NOT ONLY exceeded their authority, but also violated the U.S. Department of Justice Federal Bureau of Prisons Policy 3420.11 Standards of Employee Conduct. Furthermore, they violated Plaintiff's EIGHTH AMENDMENT Protection Right against Cruel and Unusually Punishment; and additionally **FABRICATED** incident reports to cover up the Malicious and Egregious Misconduct of their Modus Operandi.

**Accordingly,** there is no factual, nor a legal basis on which to conclude that the correctional officers involved in this matter were acting within their Official duty, thereby abusing their authority and position to **Falsely Fabricate Bogus Incident Reports** against Plaintiff. **This was all done based on the Prison Staff's Malicious Misconduct, Racism and Discriminatory behavior aginst a BLACK MAN FROM CUBA,** who did not have nothing to do with the riots in Atlanta and/or Okdale that were caused by Cubans. Hence, Plaintiff's EIGHTH AMENDMENT were severely and intentionally violated by these Prison Staff in their own individaul capacities.

## RELIEF SOUGHT

[1]  Plaintiff request that the false and Fabricated Incident Reports and conviction for having a dangerous weapon and attempting to assault an Officer be DISMISS on its entirety.

[2]  That all Defendants in the case at bar, be held responsible for violating the BOP Standards of Employee, and that they be properly addressed; and that both Officers be reprimanded and fired so that they wouldn't continue to violate inmates' Consitutional Rights.

[3]  That all Defendants be held accountable for the severe anguish, pain and suffering that was committed against Plaintiff and pay 10,000,00.00 for the damaged caused against Plaintiff herein.

Respectfully submitted,

by: Ray Ramirez-Bueno
Ray Ramirez-Bueno (PRO SE)
Reg. No. 55932-066
Federal Correctional Institution
PMB 1000
Talladega, AL  35160

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/20/2024_____.

by: Ray Ramirez-Bueno
Ray Ramirez-Bueno  (Pro Se)